UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARJORIE MURTAGH COOKE       )
                             )
        Plaintiff,           )
                             )
    v.                       )    Civil Action No.:  06-0788 (PLF)
                             )
MARK ROSENKER,               )
ACTING CHAIRMAN, NATIONAL    )
TRANSPORTATION SAFETY BOARD  )
                             )
        Defendant.           )
_____)

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant

United States Attorney Kathleen Konopka as counsel for defendant in the above-captioned case.

Respectfully submitted,


 /s/_____
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.
Washington, D.C.  20530
(202) 616-5309

Dated: May 30, 2006