IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| MARJORIE MURTAGH COOKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:06-cv-00788-PJF |
| v. | ) |
| | ) |
| MARK ROSENKER, ACTING CHAIRMAN, | ) |
| NATIONAL TRANSPORTATION SAFETY | ) |
| BOARD | ) |
| | ) |
| Defendant. | ) |
| | ) |

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that service of process was executed upon the United States Attorney's Office, the United States Attorney General, and Mark Rosenker, Acting Chairman, National Transportation Safety Board, by sending a copy of the Complaint to the following addresses via certified mail, return service requested:

United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

United States Attorney General
10th & Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Mark Rosenker, Acting Chairman
National Transportation Safety Board
490 L'Enfant Plaza, S.W.
Washington, D.C. 20594

The Complaint was received by each of the above-named entities by May 23, 2006.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT.

                                                /s/ Eli J. Forsythe  
                                                Eli J. Forsythe

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Affidavit of Service was served via electronic filing this 12th day of June, 2006, upon:

    Kathleen Konopka  
    Assistant United States Attorney  
    Judiciary Center Building  
    Civil Division  
    555 4th St., N.W.  
    Washington, D.C. 20530

                                                /s/ Eli J. Forsythe  
                                                Eli J. Forsythe

Case 1:06-cv-00788-PLF     Document 3     Filed 06/12/2006     Page 2 of 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   10th + Pennsylvania Ave, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY 23 2006

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mark Rosenker
   NTSB
   490 L'Enfant Plaza, SW
   Washington, DC 20594

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Halbert
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
GARY L HALBERT   May 22 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0005 3923 0955

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorneys Office
   Attn: Civil Process Clerk
   DC Judiciary Center
   555 4th St, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY 23 2006

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540