UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK ROSENKER, Acting Chairman, ) <br> National Transportation Safety Board, ) <br> ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-0788 (PLF) |

**JOINT MOTION TO STAY ALL PROCEEDINGS PENDING MEDIATION**

The parties respectfully request that this Court stay all proceedings in the above-captioned matter, including the filing of Defendant's answer, currently scheduled for July 21, 2006, and certify this case to a mediator. In support of this motion, the parties state as follows:

The parties have approached one another and have a reasonable expectation of resolution of this matter short of additional litigation. Thus, it is believed to be in the interests of justice that all further litigation be stayed pending mediation.

The parties have a mutual respect for the head of the Court's Alternative Dispute Resolution Program, Michael Terry, and respectfully request certification to him for settlement discussions.

WHEREFORE, the parties respectfully request that all proceedings in this case be stayed and that the case be certified to Michael Terry for settlement discussions.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


| | |
|---|---|
| _____ | _____ |
| R. SCOTT OSWALD, D.C. Bar #458859 | KATHLEEN KONOPKA, D.C. Bar #495257 |
| Employment Law Group, P.C. | Assistant United States Attorney |
| 888 17th Street, N.W. | 555 4th Street, NW |
| Suite 900 | Washington, DC 20530 |
| Washington, DC 20006 | (202) 616-5309 |
| (202) 261-2812 | |
| Counsel for Plaintiff | |