UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE )<br>)<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>MARK ROSENKER, Acting Chairman, )<br>National Transportation Safety Board, )<br>)<br>)<br>  Defendant. )<br>_____) | Civil Action No. 06-0788 (PLF) |

**ORDER**

UPON CONSIDERATION of the parties joint motion to stay proceedings pending mediation, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the Motion shall be, and hereby is, GRANTED,

and it is further,

ORDERED that this case is hereby certified for mediation before Michael Terry.


_____
UNITED STATES DISTRICT JUDGE