UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-0788 (PLF) |
| MARK ROSENKER,<br>Acting Chairman,<br>National Transportiation Safety Board, | ) ) ) ) ) | |
| Defendant. | ) ) | |

MEDIATION REFERRAL ORDER

The parties have filed a joint motion to stay all proceedings and requested that this case be certified to Michael Terry of the Court's Alternative Dispute Resolution Program for settlement discussions. Accordingly, it is hereby ORDERED that

1. This matter is referred for mediation to commence July 12, 2006.

2. Upon receipt of this Order, counsel shall contact the Court's Alternative Dispute Resolution Program at (202) 216-7350.

3. The Clerk of the Court shall promptly furnish a copy of this Order to the Circuit Executive who shall designate a mediator.

4. Counsel and the parties, including persons with settlement authority, shall attend each mediation session.

5. Mediation shall conclude on or before August 31, 2006.

    6. If the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.

    7. The parties' joint motion to stay proceedings [4] is GRANTED and all proceedings in this case will be stayed pending mediation.

    SO ORDERED.


              _____/s/_____
              PAUL L. FRIEDMAN
              United States District Judge

DATE: July 12, 2006