UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0788 (PLF) |
| ) | |
| MARK ROSENKER, Acting Chairman, ) | |
| National Transportation Safety Board, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

### CONSENT MOTION TO EXTEND MEDIATION PERIOD

Defendant respectfully moves this Court for a thirty-day extension of the mediation period, currently set to terminate on August 31, 2006. Counsel for Plaintiff was consulted regarding this motion and indicated, through the mediator, that he consented to it. In support of this motion, Defendant states as follows:

Defendant and Plaintiff engaged in a lengthy mediation session on August 1, 2006, during which some progress toward settlement was achieved. On August 18, 2006, counsel for the Plaintiff corresponded electronically with counsel for Defendant, posing certain factual inquiries and proposing a new settlement figure. This figure was again updated on August 21, 2006.

Defendant is left without sufficient time remaining in the mediation period to consider Plaintiff's offer, propose a new counteroffer, and re-engage negotiations if these would be potentially fruitful after the next exchange. Thus, Defendant requests that the Court extend the current period until October 2, 2006, in the interests of the parties' continued attempts to resolve this matter short of further litigation. A proposed order consistent with this request is attached.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
KATHLEEN KONOPKA, D.C. Bar #495257
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 616-5309