UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0788 (PLF) |
| ) | |
| MARK ROSENKER, Acting Chairman, ) | |
| National Transportation Safety Board, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of Defendant's consent motion to extend mediation period, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the Motion shall be, and hereby is, GRANTED,

and it is further,

ORDERED that all further proceedings in this case shall be stayed and mediation shall continue until October 2, 2006.

_____
UNITED STATES DISTRICT JUDGE