IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:06-cv-00788-PJF |
| **MARK ROSENKER, CHAIRMAN,** | ) |
| **NATIONAL TRANSPORTATION SAFETY** | ) |
| **BOARD** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

UPON CONSIDERATION of Plaintiff's *Unopposed* Motion to Transfer Venue and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the Motion shall be, and hereby is, GRANTED, and it is further,

ORDERED that, pursuant to 28 U.S.C. § 1631, this action shall be transferred to the U.S. Court of Federal Claims, and it is further,

ORDERED that, pursuant to 28 U.S.C. § 1631, the action shall proceed as if it had been filed in the U.S. Court of Claims on the date upon which it was actually filed in this court.

_____
Paul L. Friedman, Judge
United States District Court

Send to:

R. Scott Oswald
Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006-3307
*Counsel for Plaintiff*

Kathleen Konopka
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.
Washington, D.C. 20530
*Counsel for Defendant*