UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE, ) | |
| ) | |
| v. ) | Civil Action No. 06-0788 (PLF) |
| ) | |
| MARK ROSENKER, ) | |
| Acting Chairman, ) | |
| National Transportiation Safety Board, ) | |
| ) | |
| Defendant. ) | |

ORDER

On July 11, 2006, this Court granted the parties' joint motion for referral to the Court's Alternative Dispute Resolution program for mediation and for a stay on the proceedings pending mediation until August 31, 2006. The Court subsequently granted the parties' joint motion to extend the stay while they pursued mediation until October 2, 2006. That date has passed and the Court has been informed by the ADR program that the parties did not settle this case during mediation. Accordingly, it is hereby

ORDERED that the parties' shall submit on or before October 20, 2006 a joint report updating the Court on the status of this case and any ongoing settlement negotiations, and, if necessary, proposing a joint briefing schedule in accordance with Local Civil Rule 16.3.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 11, 2006